# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| CONTENT DISTRIBUTING, INC. ) | Chapter 7 Case |
| EIN # 84-1027105 ) | No. 10-34729 MER |
|     Debtor ) | |
| ) | |
| _____ ) | |
| ) | |
| JEANNE Y. JAGOW, Chapter 7 Trustee ) | Adversary Proceeding |
| ) | No. 10-1782 MER |
|     Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| GEF Services, LLC, a Colorado limited liability ) | |
| company, and FALAN FUNDING CORP., ) | |
| a Delaware corporation ) | |
| ) | |
|     Defendants ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN SCHERER, individually ) | |
| ) | |
|     Third-Party Defendant ) | |

## SECOND STIPULATED MOTION TO STAY PENDING
## MOTIONS PENDING SETTLEMENT DISCUSSIONS

    Plaintiff, Jeanne Y. Jagow, Trustee, defendants GEF Services, LLC ("GEF Services") and Falan Funding Corp. ("Falan Funding"), and third-party defendant, John Scherer ("Scherer"), by and through their respective undersigned counsel, submit their Second Stipulated Motion to Stay Pending Motions Pending Settlement Discussions, and advise the Court as follows:

    1.    On January 18, 2011, the plaintiff filed a Motion for Leave to Amend Complaint. ("Motion to Amend Complaint") (Docket No. 64). On January 21, 2011, third-party defendant Scherer filed a Motion for Protective Order and a Motion to Dismiss Third-Party Claim (Docket Nos. 67 and 79). On February 7, 2011, the Court granted the parties Stipulated Motion to Stay Pending Motions Pending Settlement Discussions and directed the parties to respond to the Motion to Amend Complaint, Motion for Protective Order and Motion to Dismiss Third-Party

Claim (collectively the "Pending Motions") by February 14, 2011 if the parties had not reached settlement of this adversary proceeding.

2. Due to weather conditions during the week of February 7 which affected travel by air, the plaintiff and defendant Falan Funding Corp. were not able to meet in person until February 11, 2011. On that date, they discussed the parameters of a settlement. Falan Funding Corp. represented that it would submit a written settlement proposal to the plaintiff on February 14 and will produce documents in response to the plaintiff written discovery requests. The parties are moving forward but the plaintiff will need more time to evaluate Falan Funding Corp.'s written settlement proposal and the documents and information which are to be provided to the plaintiff.

3. The parties have agreed that the stay granted by the Court on February 7 regarding the Pending Motions should be continued and extended to February 23, 2011, to allow additional time to discuss and evaluate settlement of the parties' claims. The proposed continued stay will benefit the parties by allowing them to focus on settlement issues and will reduce attorneys fees and costs that would be incurred in formulating and filing responses to the Pending Motions. The proposed extended stay also will promote economic use of the Court's time and resources.

4. The parties have agreed and propose that the proposed stay will expire at close of business on February 23, 2011 unless the parties have reached a settlement agreement and have advised the Court that they are in the process of reducing that agreement to writing for submission to the Court for approval. If the parties do not advise the Court by close of business on February 23, 2011 that they are in the process of reducing that agreement to writing for submission to the Court for approval, the stay will expire and the defendants' respective responses to the Pending Motions shall be due on February 24, 2011.

**WHEREFORE,** the parties respectfully request the Court to grant their Second Stipulated Motion to Stay Pending Motions Pending Settlement Discussions and to order that the Pending Motions are stayed until close of business on February 23, 2011 unless the parties have reached a settlement agreement and have advised the Court by that time that they are in the process of reducing that agreement to writing for submission to the Court for approval. If the parties do not advise the Court by close of business on February 23, 2011 that they are in the process of reducing that agreement to writing for submission to the Court for approval, the stay will expire and the defendants' respective responses to the Pending Motions shall be due on February 24, 2011. The parties request other and further relief as the Court deems just and proper.

**DATED** this 14th day of February, 2011.

                                  THE JOBIN LAW FIRM, P.C.

                                  /s/ Christine J. Jobin
                                  Christine J. Jobin, Esq. #12335
                                  1900 Grant Street   Suite 815
                                  Denver, Colorado  80203
                                  (303) 839-1390
                                  cjjobin@qwestoffice.net
                                  COUNSEL FOR THE TRUSTEE


                                  BOOKHARDT & O'TOOLE


                                  /s/ Kevin O'Toole
                                  Kevin O'Toole, Esq. #17938
                                  999 18th Street Suite 2500
                                  Denver, Colorado 80202
                                  (303) 294-0204
                                  kevin@bookotoole.com

                                  COUNSEL FOR GEF SERVICES, LLC


                                  OTTEN JOHNSON ROBINSON NEFF&
                                  RAGONETTI


                                  /s/ Brad W. Schacht, Esq.
                                  Bill E. Kyriagis, Esq. #39112
                                  Brad W. Schacht, Esq. #18974
                                  950 Seventeenth Street Suite 1600
                                  Denver, Colorado 80202
                                  (303) 825-8400
                                  brad@ottenjohnson.com

                                  COUNSEL FOR FALAN FUNDING CORP.

MCKENNA LONG & ALDRIDGE LLP

<u>/s/ Lino S. Lipinsky de Orlov, Esq.</u>
Lino S. Lipinsky de Orlov, Esq. #13339
1400 Wewatta Street Suite 700
Denver, CO 80202
(303) 634-4000

COUNSEL FOR JOHN SCHERER